**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Teri N. Jacobs, Jr., Respondent,

v.

Jerry W. Page and James Page, individually and d/b/a
James Page Farms, Defendants,

Of whom Jerry W. Page is the Appellant.

Appellate Case No. 2014-001585

Appeal From Dillon County
Jerry M. Angelo, Special Referee

Unpublished Opinion No. 2015-UP-405
Submitted May 1, 2015 – Filed August 12, 2015

**AFFIRMED**

Michael Charles Abbott, of Abbott, McKissick &
Hopewell, LLC, of Florence, for Appellant.

George D. Jebaily and Suzanne Holland Jebaily, both of
Jebaily Law Firm, PA, of Florence, for Respondent.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  *S.C. Dep't of Transp. v. Horry Cnty.*, 391 S.C. 76, 82-83, 705 S.E.2d 21, 25 (2011) (holding an issue was unpreserved when the party did not raise the issue in court and the special referee did not rule on the issue); *Langehans v. Smith*, 347 S.C. 348, 353, 554 S.E.2d 681, 684 (Ct. App. 2001) (holding when an issue was not ruled upon in court, the party must raise the issue in a post-trial motion to preserve the issue for appeal);  *Horry Cnty.*, 391 S.C. at 82-83, 705 S.E.2d at 25 (holding an issue was unpreserved when it was neither raised in a hearing nor raised in a post-trial motion).

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.